CASE CLOSED

# United States District Court
# Central District of California

| | |
|---|---|
| ROBERTO CARRILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; ENCORE CREDIT CORPORATION; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FINANCIAL TITLE COMPANY; FINANCIAL DEFAULT SERVICES; FIRST AMERICAN TITLE COMPANY; OPTION ONE MORTGAGE CAPITAL CORPORATION; PREMIER TRUST DEED SERVICES INC.; ALMA CAROLINA ZAMORA; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case № 2:16-cv-08950-ODW (AS)<br><br>**JUDGMENT** |

On December 2, 2016, Plaintiff Roberto Carrillo filed a complaint against Defendants alleging various claims related to the purported mishandling of his mortgage. (ECF No. 1.) On March 1, 2017, the Court granted Defendants Fidelity National Title Insurance Company and Option One Mortgage Capital Corporation's motions to dismiss as unopposed. (ECF No. 13.) With Plaintiff having failed to oppose two consecutive motions to dismiss, the Court dismissed the case as to all Defendants. (*Id.*)

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff shall recover nothing from Defendants, and his claims against Defendants are dismissed on the merits and with prejudice; and

2. Defendants shall recover costs from Plaintiff as evidenced by a bill of costs.

**IT IS SO ORDERED.**

March 7, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**